340

EPHRAIM PENTLAND, CHARLES HIGGINS AND WILLIAM STEELE, LATE ARMY CONTRACTORS, *versus* JOSEPH MASON

PAPERS IN FILE (1816): (1) Precipe for process; (2) affidavit for attachment; (3) attachment bond; (4) capias and return; (5) writ of attachment and return.

REUBEN KELSEY *versus* JOHN C. SMITH AND STEPHEN SMITH, PARTNERS UNDER THE FIRM OF JOHN C. SMITH, STEPHEN SMITH & CO.

PAPERS IN FILE (1816): (1) Precipe for process; (2) precipe for capias; (3) capias and return; (4) precipe for attachment; (5) affidavit for attachment; (6) writ of attachment and return.

DAVID STONE AND JOSIAH BELLOWS, JR., SURVIVING PARTNERS OF THE LATE COMPANY OF RICHARD HALL JONES, DAVID STONE AND JOSIAH BELLOWS, JR., LATELY TRADING UNDER THE STYLE OF RICHARD H. JONES & CO., *versus* GABRIEL GODFROY, JR.

PAPERS IN FILE (1816): (1) Capias and return.